PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release  
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Mississippi



SOUTHERN DISTRICT OF MISSISSIPPI  
**FILED**  
MAR 28 2018  
ARTHUR JOHNSTON  
BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

MIKE MILLER

Crim. No. 2:13cr22KS-MTP-003

On 03/19/2015 the above named was placed on probation/supervised release for a period of 3 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

Kerrie Barron  
2018.03.28 11:23:30  
-05'00'

U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 28th day of March, 2018.

United States District Judge